IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-12401-sr |
|---|---|
| DANIEL G. BEEBE, | Chapter 7 |
| Debtor, | Doc. No. |

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim and Objection to Confirmation of Plan **(No. #7-1 and Docket No. 22)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Proof of Claim and Objection in Confirmation of Plan (including attachments) **(No. 7-1 and Docket No. 22)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 7-1 on the Claims Register and Docket No. 22 forthwith**.

**Green Tree Servicing, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before February 13, 2017**.

Dated: **January 30, 2017**

BY THE COURT:

_____
Hon. Judge Stephen Raslavich
U.S. Bankruptcy Court Judge