United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-12401-sr
Daniel G Beebe                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Denine    Page 1 of 1    Date Rcvd: Jan 30, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
db              +Daniel G Beebe,   6 Springwood Lane,   Chester Springs, PA 19425-2904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:
          JEROME B. BLANK    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
           FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GUARANTY RESIDENTIAL LENDING,
           INC. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL G. DEEGAN    on behalf of Debtor Daniel G Beebe mgdeegan@comcast.net
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          MICHAEL H. KALINER    on behalf of Trustee MICHAEL H KALINER michaelkaliner@7trustee.net,
           pa35@ecfcbis.com
          PETER J. ASHCROFT    on behalf of Creditor    GREEN TREE SERVICING LLC, AS AUTHORIZED SERVICER FOR
           FANNIE MAE, AS OWNER AND HOLDER OF ACCOUNT/CONTRACT ORIGINATED BY GUARANTY RESIDENTIAL LENDING,
           INC. pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-12401-sr |
|---|---|
| DANIEL G. BEEBE, | Chapter 7 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim and Objection to Confirmation of Plan **(No. #7-1 and Docket No. 22)** filed by **Green Tree Servicing, LLC**;

**AND**, the Court concluding that the subject Proof of Claim and Objection in Confirmation of Plan (including attachments) **(No. 7-1 and Docket No. 22)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 7-1 on the Claims Register and Docket No. 22 forthwith**.

**Green Tree Servicing, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before February 13, 2017**.

Dated: **January 30, 2017**

BY THE COURT:

_____
Hon. Judge Stephen Raslavich
U.S. Bankruptcy Court Judge